UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

| | |
|---|---|
| IN RE: | Hon. Jil Mazer-Marino |
| KOMARKET INC., | Case No. 1-26-43180-jmm |
| | Chapter 7 |
| DEBTOR(S). | **NOTICE OF APPEARANCE** |

----------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of 58 Graham LLC, a creditor. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

Morris J. Schlaf, Esq.
SACCO & FILLAS, LLP
31-19 Newtown Avenue, Seventh Floor
Astoria, New York 11102
(718) 269-2226
mschlaf@saccofillas.com

**PLEASE TAKE FURTHER NOTICE** that this request includes all notices entered pursuant to FRBP 2002 and all documents and pleadings of any nature.

Dated: Astoria, New York
September 11, 2026

**SACCO & FILLAS, LLP**

/s/ Morris J. Schlaf

By: Morris J. Schlaf, Esq.
31-19 Newtown Avenue
Seventh Floor
Astoria, New York 11102
T:(718) 269-2226
F:(718) 425-9656
mschlaf@saccofillas.com
*Attorneys for Creditor 58 Graham LLC*
*Our File No. 39768-26*